IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA



FILED
DEC 04 2023

Ricky Norris

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

K. Drischler

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: ☑ Yes ☐ No
_(check one)_

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ricky Norris
   All other names by which you have been known:

   ID Number: 390180
   Current Institution: Evans Correctional Institution
   Address: 610 Highway 9 West
   Bennettsville, SC 29512

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: K. Drischler
      Job or Title (if known): Corporal
      Shield Number:
      Employer: Nash County Detention Center
      Address: 222 West Washington St.
      Nashville, NC 27856
      ☑ Individual capacity  ☐ Official capacity

   Defendant No. 2
      Name:

2

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity    ☐ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

<u>See attachment</u>

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

<u>See attachment</u>

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See attachment
_____
_____

C. What date and approximate time did the events giving rise to your claim(s) occur?

See attachment
_____
_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment
_____
_____

5

# BACKGROUND

On November 25, 2022, Ricky Norris broke his arm (elbow) while at work. He was taken to the hospital where he was seen by a doctor, given a cast along with some pain medicine. The doctor then instructed Mr. Norris that he needed to get surgery on his arm as soon as possible before releasing him.

Nearly five (5) hours later, Mr. Norris was arrested and booked into the Nash County Detention Center (NCDC).

On November 29, 2022, Mr. Norris was seen by a medical doctor at the Nash County Detention Center where it was determined that his arm was indeed broken. The doctor scheduled Mr. Norris for surgery.

On December 20, 2022, Mr. Norris had his surgery.

On January 3, 2023, an argument ensued between Mr. Norris and Corporal K. Drischler over a book (or other reading material) that Mr. Norris had been asking her for for over a month. After he requested to speak with her supervisor, Cpl. K. Drischler then grabbed Mr. Norris's casted arm from off the food flap window, twisted it, causing it to rebreak, in an attempt to remove his arm from off of the food flap window so that she could close and lock the window. After this incident, Cpl. K. Drischler then

5(a)

refuse to allow Mr. Norris to be seen by medical officials.

## CAUSES OF ACTION

### I. Interfering With Medical Treatment

1. On or about January 3, 2023, at the Nash County Detention Center, Defendant K. Drischler, while acting under color of state law as an officer at the Nash County Detention Center, violated the cruel and unusual punishment clause of the Eighth Amendment to the United States Constitution, when she acted with deliberate indifference to Plaintiff Ricky Norris's serious medical need, when she knew or should have known of a substantial risk of harm to his health and consciously disregarded that risk. In that, Defendant K. Drischler intentionally interfered with Plaintiff's treatment once prescribed when she grabbed his casted-arm from off the food flap window, twisted it, causing it to rebreak approximately fourteen (14) days after his surgery, in an attempt to remove Plaintiff's arm from off of the food flap window so that she could close and lock the window. And based upon information and belief, consequently disrupting Plaintiff's elbow causing his bones to improperly heal; making it now painful for him to fully extend his arm. Resulting in Plaintiff having to now undergo an additional surgery in order to amend his arm.

## II. Excessive Use of Force

2. On or about January 3, 2023, at the Nash County Detention Center, Defendant K. Drischler, while acting under color of state law as an officer at the Nash County Detention Center, violated the cruel and unusual punishment clause of the Eighth Amendment to the United States Constitution, when she maliciously and sadistically used excessive force against Plaintiff Ricky Norris for the very purpose of causing harm, when she grabbed his casted-arm from off the food flap window, twisted it, causing it to rebreak approximately fourteen (14) days after his surgery, in an attempt to remove Plaintiff's arm from off of the food flap window so that she could close and lock the window. And based upon information and belief, consequently disrupting Plaintiff's elbow causing his bones to improperly heal; making it now painful for him to fully extend his arm. Resulting in Plaintiff to now undergo an additional surgery in order to amend his arm.

3. As a direct result of Defendant K. Drischler's action, Plaintiff suffers extreme physical, mental and emotional pain.

5 (c)

V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

see attachment

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A jury trial; Nominal, Compensatory, and Punitive damages in an amount to be determined by a jury; Costs incurred in bringing this suit; and any further relief the Court may deem just and proper.

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Nash County Detention Center

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Nash County Detention Center

2. What did you claim in your grievance?

   Same as stated in the Complaint

3. What was the result, if any?

   None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   None, because I was extradited to South Carolina. And therefore, the grievance process became unavailable (pursuant to Ross v. Blake, 136 S.Ct. 1850 (2016))

8

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Pursuant to the U.S. Supreme Court decision in Ross v. Blake, 136 S.Ct. 1850 (2016), the grievance process at Nash County Detention Center became unavailable.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____
      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11 - 27 - , 2023.

Signature of Plaintiff *[signed]*
Printed Name of Plaintiff  Ricky  Norris
Prison Identification # 390180
Prison Address  610  Highway  9  West
 Bennettsville ,  SC  29512
   City      State    Zip Code

B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____

12

Address _____
Telephone Number _____
E-mail Address _____

13