IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICKY NORRIS,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )          1:23-CV-1063
                                       )
K. DRISCHLER,                          )
                                       )
                Defendant.             )

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in
accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the
parties. No objections were filed. After consideration of the record, the Court hereby
adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is transferred to the United
States District Court for the Eastern District of North Carolina.

This the 10th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

2